No. 94–7169. HALL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–7171. BUSTILLO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7177. HARRIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7182. CUPA-GUILLEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7183. CASTELLANOS ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–7186. BASCUE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7190. WHITE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7192. ERWIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7194. RAMOS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7195. PENA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–7196. QUINN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–7197. ORIAKHI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–7199. REDMAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–7200. NIXON *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 94–7288. MOSELEY *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.